Appellate Division, First Department. February 26, 1909.) Action by Florence Nunnally against the Mail & Express Company. G. H. D. Foster, for appellant. C. R. Rose, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

NUNNALLY v. NEW YORKER ZEITUNG PUBLISHING & PRINTING CO. et al. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Appeal from Special Term, New York County. Action by Florence Nunnally against the New Yorker Zeitung Publishing & Printing Company. From an order denying motion to vacate order for the examination of defendant and Charles B. Wolffram, the defendant and Wolffram appeal. Modified and affirmed. See, also, 117 App. Div. 1, 101 N. Y. Supp. 1041. Benno Loewy, for appellants. G. H. D. Foster, for respondent.

PER CURIAM. The order should be modified by striking out the following words: "And the said Charles B. Wolffram is hereby ordered and directed to appear before the justice presiding at Special Term, Part 2, of this court, on the —— day of February, 1909, at 2 o'clock in the afternoon of that day, and give evidence relative to the investigation made by the defendant before publication of the truth of the facts published, and in relation to other similar articles published in defendant's newspapers." As so modified, the order should be affirmed, without costs; the order to fix a date for the attendance of the witness for examination.

O'BOYLE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Julia O'Boyle, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

O'BRIEN, Respondent, v. HARVEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Thomas O'Brien against Ellen Harvey, as administratrix, etc. No opinion. Judgment reversed upon law and facts, and new trial ordered before another referee, with costs to appellant to abide event. Held, that the evidence is insufficient to establish plaintiff's claim.

O'CONNOR, Respondent, v. FORTY-SECOND ST., M., ETC., RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Philip O'Connor against the Forty-Second Street, Manhattanville, etc., Railway Company. B. H. Ames, for appellant. L. J. Vorhaus, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and LAUGHLIN, JJ., dissent.

O'DAY, Respondent, v. LAPHAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Patrick O'Day against G. Frank Lapham. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. with $10 costs to abide event.

OELSNER, Respondent, v. NASSAU LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Rudolph Oelsner against the Nassau Light & Power Company. No opinion. Motion denied, with $10 costs.

OLSHAN, Respondent, v. OLSHAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Bella Olshan against Samuel Olshan. No opinion. Order affirmed with $10 costs and disbursements.

O'MALLEY et al., Respondents, v. ADAMS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Martha J. O'Malley, individually, etc., and others, against George R. Adams and another, as executors, etc. No opinion. Judgment and order unanimously affirmed, with costs.

O'MALLEY et al., Respondent, v. ADAMS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Martha J. O'Malley and another against George R. Adams and another, as executors, etc., of Emma E. Adams, deceased, and others. No opinion. Motion denied.

O'MALLEY et al., Respondents, v. ADAMS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Martha J. O'Malley, individually, etc., and others, against George R. Adams and another, as executors, etc. No opinion. Order affirmed, with $10 costs and disbursements.

OPPENHEIMER v. BARNETT et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Henry Oppenheimer against Mary Barnett and others. No opinion. Motion denied, with $10 costs. Settle order on notice.

OPPENHEIMER, Respondent, v. BARNETT et al., Appellants. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Henry Oppenheimer against Mary Barnett and others. A. G. McLaughlin, for appellants. E. A. Alexander, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

In re PAGE. (Supreme Court, Appellate, Division, Second Department. March 5, 1909.) In the matter of the application of Emmett D. Page for a peremptory writ of mandamus. No opinion. Order affirmed, with $10 costs and disbursements.